**United States Bankruptcy Court**
**Middle District of Georgia**

IN RE:                                                                                           Case No. _____
**Watson, Wanda Faye** _____    Chapter **13** _____
                                   Debtor(s)

# CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum of $ **943.00** ☐ weekly, ☐ bi-weekly, ☐ semi-monthly, or ☒ monthly.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a)  The trustee percentage fee as set by the United States Trustee

   (b)  The monthly payments will be made on the following long-term debts:

| Name of Creditor | Payment Amount | Month of First Payment Under Plan |
|---|---|---|
| **Ginger Mae Financial Services** | **$454.00** | **May 2006** |

Payments which come due after the filing of the petition but before the month of the first payment designated here will be added to the prepetition arrearage claim.

   (c) Preconfirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| Name of Creditor | Amount Due | Value | Interest | Collateral | To Be Paid |
|---|---|---|---|---|---|
| **Freeway Auto Credit** | **7,638.00** | **5,670.00** | **8.50%** | **2000 Ford Contour SE** | **150.00** |

   (d) After the confirmation of the plan, the secured creditors whose claims are duly proven and allowed as follows:

| Name of Creditor | Amount Due | Value | Interest | Collateral | To Be Paid |
|---|---|---|---|---|---|
| **Freeway Auto Credit** | **7,638.00** | **5,670.00** | **8.50%** | **2000 Ford Contour SE** | **200.00** |

   (e) Attorney fees ordered pusuant to 11 U.S.C. § 507(a) (2) of $_____ to be paid as follows:

| | Monthly Payment Amount |
|---|---|
| Echols & Associates | $**100** |

   (f) After the above are paid, distributions will be made to cure arrearages and other secured debts whose claims are duly proven and allowed as follows:

| Name of Creditor | Amount Due | Value | Interest | Collateral | To Be Paid |
|---|---|---|---|---|---|
| **Ginger Mae Financial Services** | **55,828.00** | **80,000.00** | **0.00%** | **Residence at:** | **178.00** |

(g) The following collateral is surrendered to the creditor

   Name Of Creditor                                   Description Of Collateral

(h) The following domestic support obligations will be paid over the life of the plan as follows:  (These payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest at the rate of _____% .Interest can only be included if the plan is proposing to pay all claims in full.

   Name Of Creditor                                   Payment Amount

(i) The following unsecured claims are classified to be paid at 100%.  These payments will/will not be made simultaneously with payment of the secured debt.

(j) All 11 U.S.C. § 507 priority claims, unless already listed under 2(g),  will be paid in full over the life of the plan as funds become available in the order specified by law.

(k) The debtor(s) will act as his/her/their own disbursing agent on the following debts:

(l) Special provisions:

(m) General unsecured creditors whose claims are duly proven and allowed will be paid
    (1) _____% divided or a prorata share of $_____, whichever is greater; or
    (2) the debtor(s) will make payments for __**48**__ months and anticipates a dividend of __**1**_____%

Dated: **February 25, 2006**

**/s/ Boniface G. Echols**
Signature of Attorney

**/s/ Wanda Faye Watson**
Signature of Debtor

_____
Signature of Spouse (if applicable)